** E-filed November 21, 2009 **

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BOB TRANGI and WILLIAM T.
BARROW, as trustees of the International
Brotherhood of Electrical Workers Local 332
Health and Welfare and Pension Trust Funds,
NEBF, JEIF, NECA Service Charge, NECA,
Dues Check Off and Apprenticeship Training
Trust Funds,

        Plaintiffs,

    v.

LAKESHORE ELECRTIC &
ENGINEERING COMPANY, A California
Corporation,

        Defendant.
_____/

No. C09-00029 HRL

**ORDER (1) VACATING THE INITIAL
CASE MANGEMENT CONFERENCE
AND (2) SETTING SHOW CAUSE
HEARING RE: SETTLEMENT**

**[Re: Docket No. 9]**

      Plaintiffs advise the court that the parties have entered into a full settlement in the above-entitled action and request that the court continue the case until March 2, 2010.  Good cause appearing, the initial case management conference, currently set for December 1, 2009, is vacated. On or before March 2, 2010, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on March 16, 2010 at 10:00 a.m. and show cause, if any, why the case should not be dismissed.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

///

United States District Court
For the Northern District of California

Dated: November 21, 2009

_____

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   **C 09-00029 Notice will be electronically mailed to:**

2   Sue Campbell      suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com

3

4   **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28